UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DWAYNE FAMBO,

                Plaintiff,

  -v-                                                                                1:19-CV-00521-EAW

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY

                Defendant.

## STIPULATION FOR ATTORNEY FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Joshua L. Kershner, Special Assistant United States Attorney, for James P. Kennedy, Jr., the United States Attorney for the Western District of New York, attorneys for the Defendant herein, and Corinne Manfredi, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$7,743.01**, plus **$400.00** in costs, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA.  The attorney's fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

DATED: Buffalo, New York, November 30, 2020.

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

BY: */s/ Joshua L. Kershner*
Joshua L. Kershner
Social Security Administration
Office of General Counsel
26 Federal Plaza
Room 3904
New York, NY 10278
212-264-2592
Fax: 212-264-6372
Email: joshua.kershner@ssa.gov

BY: */s/ Corinne Manfredi, Esq.*
Corinne Manfredi, Esq.
Law Offices of Kenneth Hiller
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
716-564-3288
Email: cmanfredi@kennethhiller.com

SO ORDERED:

**HONORABLE ELIZABETH A. WOLFORD**
**DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**

DATED: 12/08/2020

2